# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE LEE dba CHIN'S MARKET AND KITCHEN, | 1:11cv0881 AWI DLB |
| Plaintiff, | ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (Document 7) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Kee Lee dba Chin's Market and Kitchen ("Plaintiff") is proceeding pro se in this action. Plaintiff filed an amended complaint on August 15, 2011, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 6 and 7).

Plaintiff's application is incomplete. Although reportedly self-employed, Plaintiff does not provide the amount of his take-home salary or the money he has received in the past 12 months from his business, profession or other self-employment. Plaintiff also fails to indicate if he has received money from any other sources. Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within twenty-one (21) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **August 23, 2011**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1