# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE LEE dba CHIN'S MARKET AND KITCHEN, | ) 1:11cv0881 AWI DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION TO ) PROCEED IN FORMA PAUPERIS |
| | ) |
| v. | ) (Documents 2, 7, and 9) |
| | ) |
| UNITED STATES OF AMERICA; and DOES 1 through 100, inclusive, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff Kee Lee dba Chin's Market and Kitchen ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on May 31, 2011. Plaintiff also filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated:   **September 14, 2011**          _____ **/s/ Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE