1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE LEE dba CHIN'S MARKET AND KITCHEN, | ) 1:11cv0881 AWI DLB<br>)<br>) |
| Plaintiff, | ) ORDER DIRECTING PLAINTIFF<br>) TO SUBMIT USM-285 FORMS<br>) |
| v. | )<br>) |
| UNITED STATES OF AMERICA; and DOES 1 through 100, inclusive, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |
| _____ | ) |

Plaintiff Kee Lee dba Chin's Market and Kitchen ("Plaintiff"), proceeding pro se and informa pauperis, filed this action on March 31, 2011.  Plaintiff filed an amended complaint on August 15, 2011, requesting judicial review of an administrative decision by the United States Department of Agriculture ("USDA") permanently disqualifying Plaintiff from participating in the Supplemental Nutrition Assistance Program ("SNAP").

## DISCUSSION

A.    Screening Standard

Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of the complaint for sufficiency to state a claim.  The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state

1

1  a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be

2  cured by amendment.

3        In reviewing a complaint under this standard, the Court must accept as true the allegations

4  of the complaint in question, <u>Hospital Bldg. Co. v. Trustees of Rex Hospital</u>, 425 U.S. 738, 740

5  (1976), construe the pro se pleadings liberally in the light most favorable to the Plaintiff, <u>Resnick</u>

6  <u>v. Hayes</u>, 213 F.3d 443, 447 (9th Cir. 2000), and resolve all doubts in the Plaintiff's favor,

7  <u>Jenkins v. McKeithen</u>, 395 U.S. 411, 421 (1969).

8  B.    <u>Plaintiff's Allegations</u>

9        Plaintiff operates a retail business in which the majority of his customers are SNAP

10 participants.  By a final agency decision, the USDA permanently disqualified Plaintiff from

11 participating in SNAP.  Plaintiff alleges that the USDA's actions were unlawful, arbitrary,

12 capricious, discriminatory and denied him due process.

13       It appears that Plaintiff's amended complaint is adequate to state a cause of action.

14 Accordingly, IT IS HEREBY ORDERED that:

15     1.    Service is appropriate for the following Defendant:

16         United States of America

17     2.    The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an

18         instruction sheet and a copy of the amended complaint filed August 15, 2011.

19     3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete

20         the attached Notice of Submission of Documents and submit the completed

21         Notice to the Court with the following documents:

22         a.    One completed summons;

23         b.    One completed USM-285 form for each Defendant; and

24         c.    Three (3) copies of the amended complaint filed on August 15, 2011.

25     4.    Plaintiff need not attempt service on Defendant and need not request waiver of

26         service.  Upon receipt of the above-described documents, the Court will direct the

27         United States Marshal to serve the above-named Defendant pursuant to Federal

28         Rule of Civil Procedure 4 without payment of costs.

1        5.      The failure to comply with this Order will result in a Recommendation that this

2        action be dismissed.

3     IT IS SO ORDERED.

4     **Dated:**   **September 19, 2011**              _____**/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE