# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE LEE dba CHIN'S MARKET AND KITCHEN, ) | 1:11cv0881 AWI DLB |
| ) | |
| Plaintiff, ) | **ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS** |
| v. ) | |
| UNITED STATES OF AMERICA; and DOES 1 through 100, inclusive, ) | |
| Defendants. ) | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. The court previously ordered Plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, and a notice of compliance. Plaintiff has filed the required papers. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued summons for <u>each</u> defendant to be served;

    (2) One completed USM-285 form for <u>each</u> defendant to be served;

    (3) One copy of the complaint filed on August 15, 2011, for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (4) One copy of this order for each defendant to be served, plus an extra copy for the Marshal;

    (5) One copy of the Court's consent form for each defendant to be served.

2. Within ten days from the date of this order, the United States Marshal shall:

  a. Serve process and a copy of this order upon the following defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c):

    UNITED STATES OF AMERICA

  b. Within ten days after service is effected, the United States Marshal shall file the return of service for the defendant.

3. The United States Marshal is directed to retain the summons and a copy of the complaint in the file for future use.

4. In the event that defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve that defendant.

5. Defendant is required to reply to the complaint.

IT IS SO ORDERED.

Dated: **September 23, 2011**     **/s/ Dennis L. Beck**
                     UNITED STATES MAGISTRATE JUDGE