UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE LEE dba CHIN'S MARKET AND KITCHEN,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; AND DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO. 1:11-CV-0881 AWI DLB<br><br>ORDER RESETTING MATTER FOR DECEMBER 17, 2012 |

    Defendant United States has made a motion for summary judgment; the motion was set for hearing on December 3, 2012. Doc. 23.  Plaintiff Kee Lee filed a late opposition on November 21, 2012; he asks the court to accept the late filing and to postpone the hearing to allow a reply. Doc. 28.  Plaintiff is proceeding pro se and appears to be doing his best to comply with applicable court rules.  Dealing with a case on the merits is favored.  The motion for summary judgment is reset for 1:30 PM, on December 17, 2012.

IT IS SO ORDERED.

Dated:   November 27, 2012

                                                   UNITED STATES DISTRICT JUDGE