1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                          **EASTERN DISTRICT OF CALIFORNIA**

8

9    **KEE LEE dba CHIN'S MARKET AND**   )      **CASE NO. 1:11-CV-0881 AWI DLB**
     **KITCHEN,**                        )
10                                       )      **ORDER VACATING HEARING**
                  **Plaintiff,**         )      **DATE OF DECEMBER 17, 2012**
11                                       )      **AND TAKING MATTER UNDER**
          **v.**                         )      **SUBMISSION**
12                                       )
     **UNITED STATES OF AMERICA; AND**   )
13   **DOES 1 through 100, inclusive,**  )
                                         )
14                **Defendants.**        )
                                         )
15   _____ )

16

17        Defendant United States has made a motion for summary judgment. Doc. 23.  Plaintiff

18   Kee Lee opposes the motion. Doc. 27.  The court has reviewed the papers filed and has

19   determined that the motion is suitable for decision without further oral argument. See Local Rule

20   230(g).

21        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December

22   17, 2012, is VACATED, and no party shall appear at that time.  As of that date, the court will

23   take the matter under submission and will thereafter issue its decision.

24   IT IS SO ORDERED.

25

     Dated:    December 12, 2012          _____
26                                        UNITED STATES DISTRICT JUDGE

27

28

                                          1